FANNIE STAMBLER, Appellant, v. THOMAS J. WALSH, as Receiver of SAMUEL CAVEN, Respondent.— Judgment of the County Court of Richmond county reversed upon the law and the facts, with costs, and judgment directed for plaintiff, with costs.  The presumption arising from the registration of this car, pursuant to section 282 of the Highway Law,* in the name of Samuel Caven (*McCann* v. *Davison*, 145 App. Div. 522; *Ferris* v. *Sterling*, 214 N. Y. 249; *Bogorad* v. *Dix*, 176 App. Div. 774) was overcome by the uncontradicted proof that plaintiff purchased this car and was the owner of it at the time of the trial.  Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

EMMA R. SOUTHWELL, Respondent, v. GEORGIE K. HUNTER, Individually and as Executrix, etc., of IRA C. HUNTER, Deceased, Appellant.  BROOKLYN MILK COMPANY, INC., Defendant; JOSEPH W. MYER, ALBERT M. BARTON and JOSEPH H. RUSSELL, Appellants.— Judgment affirmed, with costs.  No opinion.  Kelly, P. J., Manning, Young and Lazansky, JJ., concur; Kapper, J., dissents upon the ground that the agreement should be construed to compel a sale by the members of the family surviving the deceased stockholder to the surviving stockholders only when such survivors of the family of the deceased attempt to effect a sale to strangers.

ARTHUR J. SWEENEY, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts, and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $15,000, in which event the judgment as modified, and the order, are unanimously affirmed, with costs.  No opinion.  Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ANNA VANELLA, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs, on authority of *Maxmilian* v. *Mayor* (62 N. Y. 160).  Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.